IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. RDB-20-139 |
| | * | |
| ANDRE RICARDO BRISCOE | * | |
| a/k/a "Poo," and | * | |
| KIARA HAYNES, | * | |
| | * | |
| Defendants. | * | |
| | ******* | |

## GOVERNMENT'S NOTICE OF INTENT NOT TO SEEK THE DEATH PENALTY

The United States Attorney's Office for the District of Maryland hereby notifies the Court and defense counsel that the government has been authorized and directed by the Attorney General not to seek the death penalty as to either defendant on any count in the Second Superseding Indictment.

Pursuant to the Court's revised Scheduling Order, ECF 91, the government notes that briefing on non-capital motions is expected to be completed by October 13, 2021, and a hearing date on those motions is set for November 17, 2021 at 11:00 a.m. With respect to the dates relating to capital motions, the government submits the dates are now moot.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

_____/s/_____
Dana J. Brusca
Michael C. Hanlon
Sandra Wilkinson
Assistant United States Attorneys

36 S. Charles St.
Baltimore, Maryland 21201
410-209-4800